United States District Court
Southern District of Texas
ENTERED
JUL 06 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 06 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| FRANK WILLIAMS § | |
| Plaintiff § | |
| § | |
| vs. § | |
| § | |
| MICHAEL POP, INDIVIDUALLY § | CIVIL ACTION NO. B-97-116 |
| AND AS PROGRAM DIRECTOR OF § | |
| JOVENES UNIDOS, TREATMENT § | |
| FACILITY, CAMERON COUNTY § | |
| HOUSING AUTHORITY AND § | |
| JOVENES UNIDOS TREATMENT § | |
| FACILITY § | |
| Defendants § | |

## ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants', **MICHAEL POP, INDIVIDUALLY AND AS PROGRAM DIRECTOR OF JOVENES UNIDOS TREATMENT FACILITY, CAMERON COUNTY HOUSING AUTHORITY AND JOVENES UNIDOS TREATMENT FACILITY**, Motion for Summary Judgment is set to be heard before this Court on the 7TH day of AUGUST, 1998, at 10:00 o'clock A.M.

**SIGNED** this 6TH day of JULY, 1998.

_____
JUDGE PRESIDING