18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 30 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| FRANK WILLIAMS, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-116 |
| | § | |
| MICHAEL POP, INDIVIDUALLY AND AS | § | |
| PROGRAM DIRECTOR OF JOVENES | § | |
| UNIDOS, TREATMENT FACILITY, | § | |
| CAMERON COUNTY HOUSING | § | |
| AUTHORITY AND JOVENES UNIDOS | § | |
| TREATMENT FACILITY | § | |
| Defendant. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 15, 1998 should be **ADOPTED**.

IT IS FURTHER **ORDERED** that Defendants' Motion for Summary Judgment be **GRANTED** and Plaintiff's case be **DISMISSED**.

DONE in Brownsville, Texas, on this 30 day of September 1998.

_____
Hilda G. Tagle
United States District Judge